Thomas Quinn, Respondent, *v.* The Atlantic Avenue Railroad Company, Appellant.

(Argued May 5, 1892; decided June 7, 1892.)

Appeal from judgment of the General Term of the City Court of Brooklyn, entered upon an order made December

22, 1890, which affirmed a judgment in favor of plaintiff, and also affirmed an order denying a motion for a new trial.

*Charles J. Patterson* for appellant.

*Isaac M. Kapper* for respondent.

All concur, except FOLLETT, Ch. J.
LANDON, J., dissenting.
Judgment affirmed.